■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY YOUNG, Appellant. [667 NYS2d 262] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 21, 1995 (*People v Young,* 218 AD2d 767), affirming a judgment of the County Court, Westchester County, rendered August 20, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Joy, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN J., Appellant, v WESLEY BEDNOSKY, Respondent. [667 NYS2d 262] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Suffolk County (Stark, J.), dated August 16, 1995, which dismissed the proceeding.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The issue of whether the petitioner was wrongfully denied a preliminary parole revocation hearing was rendered academic by the revocation of his parole pursuant to a final revocation hearing (*see, Matter of Griffin v Rodriguez,* 187 AD2d 591; *People ex rel. Chavis v McCoy,* 236 AD2d 892; *People ex rel. Wilt v Meloni,* 166 AD2d 927; *Matter of Collins v Rodriguez,* 138 AD2d 809). Moreover, this case presents no facts which would warrant the resolution of this appeal as an exception to the mootness doctrine (*see, Matter of Hearst Corp. v Clyne,* 50 NY2d 707, 714-715). Altman, J. P., Friedmann, Krausman and McGinity, JJ., concur.